(March 19, 1919.)

FLORENCE B. COUGHLIN, Respondent, v. HERBERT LEMP, as Executor of the Last Will of JOHN LEMP, Deceased, Appellant.

[180 Pac. 990.]

APPEAL from the District Court of the Third Judicial District, for Ada County. Hon. Chas. P. McCarthy, Judge.

Action to recover money paid on contract for purchase of real estate. Judgment for plaintiff. *Reversed.*

Alfred A. Fraser, for Appellant.

Frawley & Koelsch and N. Eugene Brasie, for Respondent.

MORGAN, C. J.—This case and that of *Blake v. Lemp, ante,* p. 158, 179 Pac. 737, were tried together in the district court and presented together here. The facts of the two cases are similar and their questions of law are identical. Upon authority of *Blake v. Lemp,* the judgment in this case is reversed. Costs are awarded to appellant.

Rice, J., concurs.

Budge, J., concurs in the conclusion reached.